450 A.2d 1046
Quakertown Brick and Tile Co., Inc., v. Baumann.
Appeal of Erie Indemnity Co., Attorney-in-Fact for subscribers at Erie Insurance Company.
Petition for Allowance of Appeal
Denied Feb. 23, 1983.

Argued February 3, 1981.   Michael P. Shay, for appellant;   David G. Welty, for Quakertown, appellee; David Baumann, appellee, in propria persona.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Order affirmed.